```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

LUIS D. DE LA CUZ-FLORES,        :
                                 :    Civil Action No. 09-4450 (NLH)
            Petitioner,          :
                                 :
       v.                        :    **ORDER**
                                 :
UNKNOWN,                         :
                                 :
            Respondent.          :    **CLOSED**

    For the reasons expressed in the Opinion filed herewith,

    IT IS on this   2nd   day of    September   , 2009,

    ORDERED that Petitioner's application to proceed in forma pauperis is hereby DENIED, without prejudice; and it is further

    ORDERED that the Clerk of the Court shall supply to Petitioner a blank form Application to Proceed In Forma Pauperis in a civil action; and it is further

    ORDERED that the Clerk of the Court shall supply to Petitioner a blank form Complaint for use by a prisoner; and it is further

    ORDERED that the Clerk of the Court shall administratively terminate this case, without assessing a filing fee; and it is further

    ORDERED that if Petitioner wishes to reopen this action, he shall so notify the Court, in writing addressed to the Clerk of the Court, Mitchell H. Cohen Building and U.S. Courthouse, Fourth and Cooper Streets, Camden, New Jersey, 08101, within 30 days of the date of entry of this Order; Petitioner's writing shall

include a proposed civil Complaint for declaratory relief and either (1) a complete in forma pauperis application, including an affidavit of indigence and six-month prison account statement, certified by the appropriate official of each prison at which the prisoner is or was confined, or (2) the $350 filing fee; and it is further

    ORDERED that the Clerk of the Court shall serve a copy of this Order upon Petitioner by regular U.S. mail.


At Camden, New Jersey          /s/ NOEL L. HILLMAN
                                        Noel L. Hillman
                                        United States District Judge